$250,000 PRB. ONE CO-SIGNER. DEFT RELEASED ON OWN SIGNATURE. COSIGNER WITHIN ONE WEEK. REGULAR PRETRIAL SUPERVISION. CONTINUE MENTAL HEALTH TREATMENT. SURRENDER PASSPORT. TRAVEL RESTRICTED TO SDNY, EDNY.

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   10 CR. 918 (RPP) |
| LYNN BRAUNSTEIN ) | |
| *Defendant* ) | |

## AGREEMENT TO FORFEIT PROPERTY
## (OTHER THAN REAL PROPERTY) TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of
$_____250,000_____ secured by $_____ in cash and/or _____ (describe other security) if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.



AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date:   Oct 13, 2010

*Defendant's signature*: LYNN BRAUNSTEIN

City and state:   NEW YORK, N.Y.

PAUL ZACHAROWICZ
*Property owner's printed name*

*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

CLERK OF COURT

Date:   10/13/2010

*Signature of Clerk or Deputy Clerk*

Approved.

Date:   10/13/2010

*AUSA*: REBECCA ROHR